```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 23517
   SAMUEL TAYLOR
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

      Debtor
   SSN XXX-XX-8975
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 06/14/05 and confirmed on 08/17/05.

   2. The case was dismissed after confirmation, 10/26/2007.

   3. The Debtor paid a total of $   6531.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | 12550.00 | 1631.09 | 2914.64 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 1147.26 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 5682.38 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12550.00 | .00 | 6829.64 | .00 | 19379.64 |
| PRINCIPAL PAID | 2914.64 | .00 | .00 | .00 | 2914.64 |
| INTEREST PAID | 1631.09 | .00 | .00 | .00 | 1631.09 |
| TOTAL PAID | 4545.73 | .00 | .00 | .00 | 4545.73 |

The Debtor's attorney, GLENDA J GRAY              , was allowed $   1700.00
and was paid $   1700.00 .

The Trustee received $    285.27 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/10/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

```
                                            PAGE   2
        CASE NO. 05 B 23517 SAMUEL TAYLOR
```